| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
| | Federal Defender |
| 2 | Melody M. Walcott, Bar #219930 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | TIMOTHY J. BONACICH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr–0089 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON |
| v. | ) | Date:  May 31, 2005 |
| TIMOTHY J. BONACICH, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing scheduled in the above captioned matter for May 16, 2005, may be continued to **May 31, 2005 at 9:00 a.m.**

The grounds for the continuance are further investigation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.

///
///
///
///
///
///

§3161(h)(8)(A).

DATED: May11, 2005                           McGREGOR M. SCOTT
                                             United States Attorney


                                             /s/ Jonathan B. Conklin
                                             JONATHAN B. CONKLIN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


DATED: May 11, 2005                          QUIN DENVIR
                                             Federal Defender


                                             /s/ Melody M. Walcott
                                             MELODY M. WALCOTT
                                             Assistant Federal Defender
                                             Attorney for Defendant


IT IS SO ORDERED.

**Dated:   May 13, 2005**                    _____/s/ Anthony W. Ishii_____
0m8i78                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing               2