QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY J. BONACICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY J. BONACICH,<br><br>　　　　　Defendant. | NO. 1:05-cr-0089 AWI<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE; AND ORDER THEREON<br><br>Judge: Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the conditions of release entered by the Magistrate Court on February 25, 2005, are amended as follows: Timothy Bonacich is permitted to use and to have access to a computer at the library and/or the computer room at Las Positas College. Internet access is prohibited. Unannounced searches of the computer by Pre-Trial Services are permitted.. The remaining conditions of

///
///
///
///
///
///
///

pre-trial release remain in full force and effect.

DATED: June 20, 2005                    McGREGOR M. SCOTT
                                        United States Attorney


                                        /s/ Jonathan B. Conklin
                                        JONATHAN B. CONKLIN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED: June 20, 2005                    QUIN DENVIR
                                        Federal Defender


                                        /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant


## ORDER

IT IS SO ORDERED.

**Dated:   June 21, 2005**            /s/ **Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE