QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY J. BONACICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr–0089 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON |
| v. | Date: August 1, 2005 |
| TIMOTHY J. BONACICH, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing scheduled in the above captioned matter for June 27, 2005, may be continued to **August 1, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.

///
///
///
///
///
///

1  §3161(h)(8)(A).

2  DATED: June 22, 2005                    McGREGOR M. SCOTT
                                           United States Attorney
3

4
                                           /s/ Jonathan B. Conklin
5                                          JONATHAN B. CONKLIN
                                           Assistant U.S. Attorney
6                                          Attorney for Plaintiff

7

8  DATED: June 22, 2005                    QUIN DENVIR
                                           Federal Defender
9

10
                                           /s/ Melody M. Walcott
11                                         MELODY M. WALCOTT
                                           Assistant Federal Defender
12                                         Attorney for Defendant

13

14                              **ORDER**

15

16     IT IS SO ORDERED.

17  **Dated:   June 24, 2005**             /s/ **Anthony W. Ishii**
    0m8i78                            UNITED STATES DISTRICT JUDGE
18

Stipulation to Continue Motions Hearing        2