1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   TIMOTHY J. BONACICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr–0089 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON |
| v. | ) ) | Date:  September 12, 2005 |
| TIMOTHY J. BONACICH, | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing scheduled in the above captioned matter for August 22, 2005, may be continued to **September 12, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: August 18, 2005                    /s/ Jonathan B. Conklin
                                          JONATHAN B. CONKLIN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                          QUIN DENVIR
                                          Federal Defender


DATED: August 18, 2005                    /s/ Melody M. Walcott
                                          MELODY M. WALCOTT
                                          Assistant Federal Defender
                                          Attorney for Defendant


**ORDER**


IT IS SO ORDERED.

**Dated:   August 19, 2005**                    /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE