QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TIMOTHY J. BONACICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00089 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS ) HEARING; AND ORDER THEREON |
| v. | ) Date: September 26, 2005 |
| TIMOTHY J. BONACICH, | ) Time: 9:00 a.m. ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Hearing scheduled in the above captioned matter for September 12, 2005, may be continued to **September 26, 2005 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

                                                              McGREGOR M. SCOTT
United States Attorney

DATED: September 8, 2005                 /s/ Jonathan B. Conklin
JONATHAN B. CONKLIN
Assistant U.S. Attorney
Attorney for Plaintiff

                                                             QUIN DENVIR
Federal Defender

DATED: September 8, 2005                 /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   September 9, 2005**          **/s/ Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing
and [Proposed] Order Thereon         2