1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TIMOTHY J. BONACICH

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 1:05-cr–00089 AWI
                                  )
12              Plaintiff,        )   STIPULATION TO CONTINUE MOTIONS
                                  )   HEARING; AND ORDER THEREON
13         v.                     )
                                  )   Date:  October 17, 2005
14 TIMOTHY J. BONACICH,           )   Time:  9:00 a.m.
                                  )   Judge: Hon. Anthony W. Ishii
15              Defendant.        )
                                  )
16 _____)

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the Motions Hearing scheduled in the above captioned matter

20 for September 26, 2005, may be continued to **October 17, 2005 at 9:00 a.m.**

21      The grounds for the continuance are further defense preparation and plea negotiations.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: September 22, 2005         /s/ Jonathan B. Conklin
                                  JONATHAN B. CONKLIN
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


                                  QUIN DENVIR
                                  Federal Defender


DATED: September 22, 2005         /s/ Melody M. Walcott
                                  MELODY M. WALCOTT
                                  Assistant Federal Defender
                                  Attorney for Defendant


## ORDER

IT IS SO ORDERED.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   September 24, 2005          /s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing
and [Proposed] Order Thereon                 2